No. 398. UNITED STATES *v.* ALABAMA ET AL. C. A. 5th Cir. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General White, Ralph S. Spritzer, Harold H. Greene* and *J. Harold Flannery, Jr.* for the United States. *MacDonald. Gallion,* Attorney General of Alabama, *Nicholas S. Hare* and *Gordon Madison,* Assistant Attorneys. General, and *L. K. Andrews* for respondents.

No. 403. MARINE COOKS & STEWARDS, AFL, ET AL. *v.* PANAMA STEAMSHIP CO., LTD., ET AL. C. A. 9th Cir. Certiorari granted. *John Paul. Jennings* for petitioners. *John D. Mosser* and *Charles B. Howard* for respondents.

No. 418. COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari granted. *Charles V. Koons, Thomas S. Adair* and *J. R. Goldthwaite, Jr.* for petitioners. *Solicitor General Rankin, Stuart Rothman, Thomas J. McDermott, Dominick L. Manoli* and *Herman M. Levy* for respondent.

No. 395. HUFFMAN ET AL. *v.* WILLARD. Supreme Court of North Carolina. Certiorari denied. *Thornton H. Brooks* for petitioners.

No. 404. KEMART CORPORATION *v.* PRINTING ARTS RESEARCH LABORATORIES, INC. C. A. 9th Cir. Certiorari denied. *Carl Hoppe* and *Henry Gifford Hardy* for petitioner.